**Attorney:**

VIRGINIA AND AMBINDER, LLP
40 BROAD STREET 7TH FLOOR
NEW YORK NY 10004

|||||
|523917|

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, ET AL
    Plaintiff

SESSO TILE & STONE CONTRACTORS INC.
    Defendant

Index / case #: 1:21-CV-00114-BMC

# AFFIDAVIT OF SERVICE

MORRIS County, State of: NEW JERSEY   JOEL SANCHEZ, being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NEW JERSEY

On 1/16/2021 at 2:07 am/pm at: 103 EAST 11TH STREET PATERSON NJ 07524

**Deponent served the within:** SUMMONS IN A CIVIL ACTION, COMPLAINT, SCHEDULING ORDER, CIVIL COVER SHEET

On which were set forth the Index No., herein, and date of filing

**On: SESSO TILE & STONE CONTRACTORS INC.**
    (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to: _____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] **Corporation or Partnership** — By delivering thereat a true copy of each to: FRED SESSO personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be managing agent thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male    [X] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [ ] Black skin    [X] Brown hair    [X] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
            [ ] Yellow skin    [ ] Gray hair    [ ] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131-160 Lbs
            [ ] Brown skin    [ ] Blonde hair    [ ] 51-65 Yrs    [X] 5'9"-6'0"    [X] 161-200 Lbs
            [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 18th Jan 2021

_Paola Sanchez_ (signature)

PAOLA G. SANCHEZ
NOTARY PUBLIC
State of New Jersey
ID # 50014940
My Commission Expires April 28, 2025

_Joel Sanchez_ (signature)
(Print name below signature)
Joel Sanchez

File No. 1:21-CV-00114-BMC

Work Order No. 523917

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52, et al.<br><br>*Plaintiffs*<br>v.<br><br>SESSO TILE & STONE CONTRACTORS INC.,<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-cv-116<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SESSO TILE & STONE CONTRACTORS INC.
103 E. 11TH STREET
PATERSON, NEW JERSEY 07524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 01/11/2021           s/ *Kimberly Davis*

*Signature of Clerk or Deputy Clerk*